IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:10cr186-MHT
                             )           (WO)
JOSEPH R. CROSBY             )
```

## ORDER

Upon careful consideration of defendant Joseph R. Crosby's oral motion for judgment of acquittal made in open court on July 29, 2011, it is ORDERED that the court grants the motion as to Count 1 and Counts 23 through 33 and denies the motion in all other respects.  As to Count 1 and Counts 23 through 33, the evidence presented by the government under the theories it asserted to the court are insufficient to support a conviction under these counts.

DONE, this the 1st day of August, 2011.

         /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE