IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

### ORDER

Upon consideration of the government's motion to sever the remaining defendants, continue the first severed trial, and permit the parties to meet with prior members of the jury (Doc. No. 1697) and defendant Milton E. McGregor's motion to continue (Doc. No. 1696), it is ORDERED that the nonmovants show cause, if any there be, in writing by August 22, 2011, as to why said motions should not be granted.

DONE, this the 18th day of August, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE