IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY. | ) | |

## ORDER

It is ORDERED that the government's motion to sever the remaining defendants, continue the first severed trial, and permit the parties to meet with prior members of the jury (doc. no. 1697) and the defendants' motions to continue (doc. nos. 1696, 1700, 1701, 1703, 1704, 1705, & 1721) are set for oral argument on August 25, 2011, at 11:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 24th day of August, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE