```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
    v.                        )   CRIMINAL ACTION NO.
                              )      2:10cr186-MHT
MILTON E. McGREGOR,           )          (WO)
THOMAS E. COKER,              )
LARRY P. MEANS,               )
JAMES E. PREUITT,             )
HARRI ANNE H. SMITH,          )
JARRELL W. WALKER, JR.,       )
and JOSEPH R. CROSBY          )
```

                            ORDER

   Now before the court is defendant Harri Anne H. Smith's motion to have her trial jurors drawn district-wide, rather than solely from the Northern Division. This motion is substantially identical to a previously denied motion Smith filed prior to the first trial in this case.  For the same reasons identified in this court previous order, United States v. McGregor, 2011 WL 1344189 (M.D. Ala. 2011), it is ORDERED that defendant

**Harri Anne H. Smith's motion to have her trial jurors drawn district-wide (doc. no. 1802) is denied.**

**DONE this the 3rd day of October, 2011.**

                                            <u>/s/ Myron H. Thompson</u>
                                        **UNITED STATES DISTRICT JUDGE**