IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:10cr186-MHT
MILTON E. McGREGOR,         )          (WO)
THOMAS E. COKER,            )
LARRY P. MEANS,             )
JAMES E. PREUITT,           )
HARRI ANNE H. SMITH,        )
JARRELL W. WALKER, JR.,     )
and JOSEPH R. CROSBY        )
```

ORDER

In accordance with the oral order made in camera on January 4, 2012, it is ORDERED that the defendants are deemed to have requested Jencks Act material and Federal Rule of Criminal Procedure 26.2 material as each witness is tendered to the defendants and that the court has ordered that the Jencks Act and Rule 26.2 material be so provided.

It is further ORDERED that the same is deemed true for the government to the extent that the government is entitled to this material under Rule 26.2.  Thus, the government is deemed to have requested and the defendants

shall provide all Rule 26.2 material no later than when a defendant tenders a witness for cross-examination.

DONE, this the 4th day of January, 2012.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE