```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )       2:10cr186-MHT
MILTON E. McGREGOR,           )          (WO)
THOMAS E. COKER,              )
LARRY P. MEANS,               )
JAMES E. PREUITT,             )
HARRI ANNE H. SMITH,          )
JARRELL W. WALKER, JR.,       )
and JOSEPH R. CROSBY          )
```

ORDER

It is ORDERED that the government's motion regarding jury selection procedures (doc. no. 2015) is granted in part and denied in part as stated on the record on January 4, 2012.

DONE, this the 4th day of January, 2012.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE