IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
   v.                       )    CRIMINAL ACTION NO.
                            )       2:10cr186-MHT
JOSEPH R. CROSBY            )           (WO)
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The government's motion to dismiss (doc. no. 2247) is granted.

(2) Count 16 of the indictment against defendant Joseph R. Crosby is dismissed.

(3) Defendant Crosby is terminated as a defendant in this case.

DONE, this the 3rd day of February, 2012.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE